# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ORION MARINE CONSTRUCTION, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MARK C. DAWSON and CHRISTINE M. DAWSON; ARTHUR P. AHL and RITA L. AHL; KATIA AMMANATI and CURTIS GUNDERSEN; PAOLO AMMONATI; JAMES ANDERSON and BROOKE ANDERSON; ED BACCHIOCHI; LISA BRYSON and CHARLES BRYSON; BRUCE DWORSKY and SHANNON DWORSKY; CHARLES DRAKE; ROGER SOLLIE; DAVID S. GREEN; WALTER GRUNER; WAYNE HEARIN; DAVID HOOKER; SAAD IBRAHIM; DAVID A. IMES; CLARENCE JOHNSON; FRANK KEY and GENTILLA KEY; MARIA KOTSIOS; WILLIAM MODRY and LINDA MODRY; RAFAT NASHED; MARY PALMER; ALLAN PHILLIPS and MARLENE PHILLIPS; WILLIAM PRICE; KATHLEEN SAMUELS; LISA SMITH and PAUL SMITH; MICHAEL VIEGAS and AMY VIEGAS; TERESA VIEIRA, TRUSTEE OF THE SECOND AMENDED TERESA VIEIRA REVOCABLE LIVING TRUST DATED 06/18/2007; GARY WRIGHT and JEAN WRIGHT; JEFF WOLNITZEK, TRUSTEE FOR SHELLY J. ZALLA IRREVOCABLE TRUST; WILLIAM R. ZALLA and CAROL ZALLA; JEFF WOLNITZEK, TRUSTEE FOR GREGORY W. ZALLA IRREVOCABLE TRUST; JEFF WOLNITZEK, TRUSTEE FOR ANGELA R. CHANDLER IRREVOCABLE TRUST; STEVE CARROLL and ELIZABETH CARROLL; SARAH HOAGLAND; DAVID PARKER and LINDA PARKER; DAVID GRASSMAN; CATHERINE SATTLER; SPIRO KOTSIOR; WILLIAM VITALIE and BETTY VITALIE; DONALD C. | CASE NO.: 8:17-cv-00837-SDM-AAS |

THOMAS; NILA ALLEN; DANIEL F. BOWEN and DEBBIE BOWEN; DONALD A. BRODEUR; ROBERT BUCH and MARION BUCH; DANIEL J. CACCAMO; JOHN W. CASSIDY and SUSAN J. CASSIDY; VINCENT J. CATALANO and VALERIE J. CATALANO; PETER EAGLESON, JR.; LAURA B. ERDMAN; STEPHEN A. FARKAS, II; JEFFREY P. GOULD and LAURA M. GOULD; DONALD KASPRYK and LINDA KASPRYK; RICHARD LIVINGSTON and KATHLEEN LIVINGSTON; KEVIN MCAULIFFE and LORI A. MCAULIFFE; ALINE MUHSSEN A/K/A ALINE M. QUEVEDO and KOSSAY MUHSSEN; MARY O'BRIEN WHITE; TIMOTHY QUINN and BETTY QUINN; DIANE B. RALSTON; ROBERT SCHMEDES and URSULA SCHMEDES; WALTER SCHMEDES and ILSE-MARIE SCHMEDES; BARBARA A. SMITH and KEITH A. LOVELESS; REBECCA A. WALERSKI; TODD WEBB; TIMOTHY J. QUINN and MICHELLE QUINN; CHUI N. WONG and ROBERT WONG; ARBEN DRAGOTI and ENKELEDA KULLOLI; ERIKA GEIDE; OLGA MATUSKA; MARC MANCINO; ERNA M. SMITH; ROBERT WEIDNER and BARBARA WEIDNER; BRENDA DELIBERTY; KATRINA MASON; CHRISTOPHER FUSS and RAYANNE MUNTEAN; ROBERT FRANCIS; PALM CREST RESORT MOTEL, INC.; WILLIAM ZAVASKY; ROBERT FORD and DIANA FORD; MICHAEL GREIGER and MICHAEL GREIGER TRUST; SUNGOLD, LLC; WILLIAM HARTRICK and ELIZABETH HARTRICK; BETH ANN MOREAN FAMILY TRUST; MARY ANN DATZ; LACY MARTIN and SHIRLEY MARTIN; JACK MARTYNOW and MARIA MARTYNOW; THOMAS MEMERING and RITA SUE MEMERING; DOLPHIN WATCH I, LLC; DOLPHIN WATCH II, LLC; DOLPHIN WATCH III, LLC; DOLPHIN WATCH V, LLC; WILLIAM RODRIGUES and CYNTHIA RODRIGUES; ZAMORA HOSPITALITY GROUP, LLC D/B/A THE HOTEL ZAMORA; SAMUEL ANGELIDES; FRED PRETTENHOFER; ALAN BABRAV; RITA CORBIN; MARK HRUBAR; STEPHEN

2

| | |
|---|---|
| TRINQUE; JAMES HAMBY; PETER FASANO; LENORA FASANO; GARY LITRELL; GREGORY SMITH; MARJORIE HAVORD; COLIN B. WISEMAN; MARY LOU WOMACH; ELENA JURKYNAS; MARK HENRICHS; DIEDRE TURNER; DANIEL MCGEEHAN; ELIZABETH KULAGOWSKI; MARY M. SYRDAL LIVING TRUST; DONALD L. SMITH, JR.; DONALD SMITH; DANIEL J. FITTRO; TIMOTHY FORSMAN; SUE HILTON; PHYLLIS A. SEMANCHIK; PATTIE MARIA VEDDER LOWE; GERALD HUSBY and SUSAN HUSBY; JILL M. KUNESH; ANDREW LOYST and LAURIE LOYST; WILLIAM TARVIN and APRIL TARVIN; PAUL SAMES and DIANA SAMES; FRISO VAN AMEROM; CHARLES B. JORDAN; JAMES SCHOELLER; TODD MCGAUGHEY and TRACEY MCGAUGHEY; JERRY REED and SUSAN REED; RICK PLETCHER and RENEE PLETCHER; JACK SATTERFIELD and CARLA SATTERFIELD; JOANNE BROWNING; NICKLAUS INVESTMENT ENTERPRISES; SMILEY'S SNACK SHACK-ST. PETE BEACH, INC.; FRANK JOSLIN and ANN JOSLIN; JEFFREY LARSEN and BARBARA LARSEN; MICHAEL FAIRCHILD and EVONNE FAIRCHILD; GREGORY WALTER MITCHELL; BEATRIZ RZEWNICKI REVOCABLE TRUST; KRIS HOLLENBACK; BRUCE MARBET; JOSH HOBICK and MELISSA HOBICK; CHARLES FUSS and CAROL FUSS; FREDERIC GUERRIER; SIRKKA THORNTON; 290 NORTH ISLE DRIVE LAND TRUST; JEFFREY HOUSHOLDER and SHARON HOUSHOLDER; WILLIAM NEWSOM, LYDIA NEWSOM and RIMANTAS J. SABAS; WIKE WOMACH; ROBERT HOGAN and KATHRYN HOGAN; MARITANA CAY HOMEOWNERS ASSOCIATION; KAREN L. JAHNIG; JOHN and NANCY GAINOR REVOCABLE TRUST; WILLIAM BROOKE and MARY BROOKE; MARCIA L. TRULL; EHREN HOLLENBACK; GARY DAVID SCOTT; KRISTOF and MARIA CZYSZCZON REVOCABLE TRUST; CZYSZCZON VENTURES, LLC; BAY PALMS | |

3

| | |
|---|---|
| WATERFRONT RESORT, INC.; ROBERT CZYSZCZON and MARIUCHE CZYSZCZON; ROBERT CZYSZCZON and MARIUCHE CZYSZCZON REVOCABLE TRUST; VICTOR CZYSZCZON and LEONARDA CZYSZCZON; WANDA CZYSZCZON TRUST; KRYSTOF, MARIA and ROBERT CZYSZCZON REVOCABLE TRUST; GREGORY, KRYSTOF and MARIA CZYSZCZON; HARMON A. COLE; MICHAEL WELCH; JUDITH LEPPANEN; LONG KEY BEACH RESORT, INC.; KATHERINE HADJISAVAS; HELEN BOUNACOS; SHIRLEY LEMONIK; JOHN DENISCO; STEVEN A. SCHECHNER; TONYA MCLEAN; GREGORY KUTZ; and JEFFREY D. KOCH.<br><br>    Defendants. | |

## **AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**

COMES NOW, the Plaintiff, ORION MARINE CONSTRUCTION, INC. ("ORION"), by and through its undersigned sues the DEFENDANTS, for a declaratory judgment and would show the Court as follows:

## **JURISDICTION AND VENUE**

1. This is a complaint for declaratory relief pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 & 2202, and Rule 57 of the Federal Rules of Civil Procedure, to determine the rights and liabilities arising from ORION's construction activities of the Pinellas Bayway Bridge as a contractor of the Florida Department of Transportation.

2. The Court has jurisdiction under the Declaratory Judgment Act considering an actual controversy has arisen and exists between the parties as to whether ORION is liable for the damages alleged by DEFENDANTS.

3. This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Claims.

4. This court has admiralty and maritime jurisdiction over this claim pursuant to 46 U.S.C. § 30101. This Court already determined this matter falls within the Court's admiralty jurisdiction. *See The Complaint of Orion Marine Construction, Inc.*, Case No. 8:15-cv-01136-MSS-TGW, Dkt. 612.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2), as the events giving rise to this claim occurred and the properties subject to this action are situated in this district.

**PARTIES**

6. ORION is a Florida corporation with its principal place of business in Tampa, Florida.

7. DEFENDANTS are property owners and/or residents in the St. Pete Beach area who filed property damage claims against ORION allegedly resulting from the construction of the Pinellas Bayway Bridge in *The Complaint of Orion Marine Construction, Inc.*, Case No. 8:15-cv-01136-MSS-TGW[1]: MARK C. DAWSON and CHRISTINE M. DAWSON; ARTHUR P. AHL and RITA L. AHL; KATIA AMMANATI and CURTIS GUNDERSEN; PAOLO AMMONATI; JAMES ANDERSON and BROOKE ANDERSON; ED BACCHIOCHI; LISA BRYSON and CHARLES BRYSON; BRUCE DWORSKY and SHANNON DWORSKY; CHARLES DRAKE; ROGER SOLLIE; DAVID S. GREEN; WALTER GRUNER; WAYNE HEARIN; DAVID HOOKER; SAAD IBRAHIM; DAVID A. IMES; CLARENCE JOHNSON;

---

[1] The Limitation Action filed by ORION was dismissed with prejudice for lack of subject-matter jurisdiction over the Limitation Proceeding on March 31, 2017. *See The Complaint of Orion Marine Construction, Inc.*, Case No. 8:15-cv-01136-MSS-TGW, Dkt. 634. However, the Court never determined issues of liability or the applicability of Florida Statute 337.195 to the claims asserted against ORION.

FRANK KEY and GENTILLA KEY; MARIA KOTSIOS; WILLIAM MODRY and LINDA MODRY; RAFAT NASHED; MARY PALMER; ALLAN PHILLIPS and MARLENE PHILLIPS; WILLIAM PRICE; KATHLEEN SAMUELS; LISA SMITH and PAUL SMITH; MICHAEL VIEGAS and AMY VIEGAS; TERESA VIEIRA, TRUSTEE OF THE SECOND AMENDED TERESA VIEIRA REVOCABLE LIVING TRUST DATED 06/18/2007; GARY WRIGHT and JEAN WRIGHT; JEFF WOLNITZEK, TRUSTEE FOR SHELLY J. ZALLA IRREVOCABLE TRUST; WILLIAM R. ZALLA and CAROL ZALLA; JEFF WOLNITZEK, TRUSTEE FOR GREGORY W. ZALLA IRREVOCABLE TRUST; JEFF WOLNITZEK, TRUSTEE FOR ANGELA R. CHANDLER IRREVOCABLE TRUST; STEVE CARROLL and ELIZABETH CARROLL; SARAH HOAGLAND; DAVID PARKER and LINDA PARKER; DAVID GRASSMAN; CATHERINE SATTLER; SPIRO KOTSIOR; WILLIAM VITALIE and BETTY VITALIE; DONALD C. THOMAS; NILA ALLEN; DANIEL F. BOWEN and DEBBIE BOWEN; DONALD A. BRODEUR; ROBERT BUCH and MARION BUCH; DANIEL J. CACCAMO; JOHN W. CASSIDY and SUSAN J. CASSIDY; VINCENT J. CATALANO and VALERIE J. CATALANO; PETER EAGLESON, JR.; LAURA B. ERDMAN; STEPHEN A. FARKAS, II; JEFFREY P. GOULD and LAURA M. GOULD; DONALD KASPRYK and LINDA KASPRYK; RICHARD LIVINGSTON and KATHLEEN LIVINGSTON; KEVIN MCAULIFFE and LORI A. MCAULIFFE; ALINE MUHSSEN A/K/A ALINE M. QUEVEDO and KOSSAY MUHSSEN; MARY O'BRIEN WHITE; TIMOTHY QUINN and BETTY QUINN; DIANE B. RALSTON; ROBERT SCHMEDES and URSULA SCHMEDES; WALTER SCHMEDES and ILSE-MARIE SCHMEDES; BARBARA A. SMITH and KEITH A. LOVELESS; REBECCA A. WALERSKI; TODD WEBB; TIMOTHY J. QUINN and MICHELLE QUINN; CHUI N. WONG and ROBERT WONG; ARBEN DRAGOTI and ENKELEDA KULLOLI; ERIKA GEIDE; OLGA MATUSKA; MARC MANCINO; ERNA M.

6

SMITH; ROBERT WEIDNER and BARBARA WEIDNER; BRENDA DELIBERTY; KATRINA MASON; CHRISTOPHER FUSS and RAYANNE MUNTEAN; ROBERT FRANCIS; PALM CREST RESORT MOTEL, INC.; WILLIAM ZAVASKY; ROBERT FORD and DIANA FORD; MICHAEL GREIGER and MICHAEL GREIGER TRUST; SUNGOLD, LLC; WILLIAM HARTRICK and ELIZABETH HARTRICK; BETH ANN MOREAN FAMILY TRUST; MARY ANN DATZ; LACY MARTIN and SHIRLEY MARTIN; JACK MARTYNOW and MARIA MARTYNOW; THOMAS MEMERING and RITA SUE MEMERING; DOLPHIN WATCH I, LLC; DOLPHIN WATCH II, LLC; DOLPHIN WATCH III, LLC; DOLPHIN WATCH V, LLC; WILLIAM RODRIGUES and CYNTHIA RODRIGUES; ZAMORA HOSPITALITY GROUP, LLC D/B/A THE HOTEL ZAMORA; SAMUEL ANGELIDES; FRED PRETTENHOFER; ALAN BABRAV; RITA CORBIN; MARK HRUBAR; STEPHEN TRINQUE; JAMES HAMBY; PETER FASANO; LENORA FASANO; GARY LITRELL; GREGORY SMITH; MARJORIE HAVORD; COLIN B. WISEMAN; MARY LOU WOMACH; ELENA JURKYNAS; MARK HENRICHS; DIEDRE TURNER; DANIEL MCGEEHAN; ELIZABETH KULAGOWSKI; MARY M. SYRDAL LIVING TRUST; DONALD L. SMITH, JR.; DONALD SMITH; DANIEL J. FITTRO; TIMOTHY FORSMAN; SUE HILTON; PHYLLIS A. SEMANCHIK; PATTIE MARIA VEDDER LOWE; GERALD HUSBY and SUSAN HUSBY; JILL M. KUNESH; ANDREW LOYST and LAURIE LOYST; WILLIAM TARVIN and APRIL TARVIN; PAUL SAMES and DIANA SAMES; FRISO VAN AMEROM; CHARLES B. JORDAN; JAMES SCHOELLER; TODD MCGAUGHEY and TRACEY MCGAUGHEY; JERRY REED and SUSAN REED; RICK PLETCHER and RENEE PLETCHER; JACK SATTERFIELD and CARLA SATTERFIELD; JOANNE BROWNING; NICKLAUS INVESTMENT ENTERPRISES; SMILEY'S SNACK SHACK-ST. PETE BEACH, INC.; FRANK JOSLIN and ANN JOSLIN;

7

JEFFREY LARSEN and BARBARA LARSEN; MICHAEL FAIRCHILD and EVONNE FAIRCHILD; GREGORY WALTER MITCHELL; BEATRIZ RZEWNICKI REVOCABLE TRUST; KRIS HOLLENBACK; BRUCE MARBET; JOSH HOBICK and MELISSA HOBICK; CHARLES FUSS and CAROL FUSS; FREDERIC GUERRIER; SIRKKA THORNTON; 290 NORTH ISLE DRIVE LAND TRUST; JEFFREY HOUSHOLDER and SHARON HOUSHOLDER; WILLIAM NEWSOM, LYDIA NEWSOM and RIMANTAS J. SABAS; WIKE WOMACH; ROBERT HOGAN and KATHRYN HOGAN; MARITANA CAY HOMEOWNERS ASSOCIATION; KAREN L. JAHNIG; JOHN and NANCY GAINOR REVOCABLE TRUST; WILLIAM BROOKE and MARY BROOKE; MARCIA L. TRULL; EHREN HOLLENBACK; GARY DAVID SCOTT; KRISTOF and MARIA CZYSZCZON REVOCABLE TRUST; CZYSZCZON VENTURES, LLC; BAY PALMS WATERFRONT RESORT, INC.; ROBERT CZYSZCZON and MARIUCHE CZYSZCZON; ROBERT CZYSZCZON and MARIUCHE CZYSZCZON REVOCABLE TRUST; VICTOR CZYSZCZON and LEONARDA CZYSZCZON; WANDA CZYSZCZON TRUST; KRYSTOF, MARIA and ROBERT CZYSZCZON REVOCABLE TRUST; GREGORY, KRYSTOF and MARIA CZYSZCZON; HARMON A. COLE; MICHAEL WELCH; JUDITH LEPPANEN; LONG KEY BEACH RESORT, INC.; KATHERINE HADJISAVAS; HELEN BOUNACOS; SHIRLEY LEMONIK; JOHN DENISCO; STEVEN A. SCHECHNER; TONYA MCLEAN; GREGORY KUTZ; and JEFFREY D. KOCH.

## **GENERAL ALLEGATIONS**

8.     DEFENDANTS allege ORION caused damages to their properties while conducting construction activities for the Pinellas Bayway Bridge including, but not limited to, pile driving, and one single blast.

9. This Complaint for Declaratory Judgment seeks this Court's determination that (1) ORION, as a contractor for the Florida Department of Transportation ("FDOT") constructing the Pinellas Bayway Bridge, was in compliance with contract documents material to the construction activities that caused property damage, if any; and (2) pursuant to Florida Statute 337.195 ORION is not liable to DEFENDANTS for any property loss, damages and/or personal injury.

10. This Court is empowered to grant declaratory relief under Federal Rule of Civil Procedure 57 and 28 U.S.C. § 2201 as an actual controversy exists between the parties.

**FACTS**

11. ORION contracted with FDOT to construct a new bridge to span between St. Petersburg Beach and Isla Del Sol in Pinellas County, Florida (altogether, the "Project"). This new bridge is called the Pinellas Bayway Bridge, but is also known as 35th Avenue and 54th Avenue South ("Bridge").

12. Between approximately February 2012 and April 2014, ORION conducted activities associated with the Project and the Bridge's construction, including, but not limited to, driving concrete piles into the ocean floor from ORION's barges, and blasting the bascules of the existing bridge on June 13, 2013.

13. Residents and property owners in the St. Pete Beach area filed claims against ORION for property damages resulting from and associated with the Bridge's construction, most specifically stemming from pile driving and blasting activities ("Claims"). *See The Complaint of Orion Marine Construction, Inc.*, Case No. 8:15-cv-01136-MSS-TGW

14. At all material times, the construction of the Project conducted by ORION complied with the contract documents that were material to the activities DEFENDANTS claim were the proximate cause of their damages.

## COUNT I
## DECLARATORY JUDGMENT ON THE APPLICATION OF
## FLORIDA STATUTE 337.195

15. ORION re-alleges and incorporates paragraphs 1-14 above and further states:

16. Florida Statute 337.195(2) provides "[a] contractor who constructs, maintains, or repairs a highway, road, street, bridge, or other transportation facility for the Department of Transportation is not liable to a claimant for personal injury, property damage, or death arising from the performance of the construction, maintenance, or repair if, at the time of the personal injury, property damage, or death, the contractor was in compliance with contract documents material to the condition that was the proximate cause of the personal injury, property damage, or death."

17. At all material times, ORION's construction activities, including but not limited to, pile driving and blast operations, were done pursuant to its contractual obligations included in its agreements with FDOT.

18. Specifically, the pile driving and blast activities performed by ORION during the Project complied with the contract documents material to the activities DEFENDANTS claim caused them damages.

19. Therefore, ORION cannot be liable to DEFENDANTS for property damage, personal injury, or death, arising from the performance of the construction of the bridge.

20. ORION is in doubt as to its rights, duties and obligations owed to DEFENDANTS under the Florida Statute 337.195 and are in need of and entitled to a judicial declaration regarding the same.

**WHEREFORE**, Plaintiff, ORION MARINE CONSTRUCTION, INC., respectfully requests this Court enter an order determining that ORION was in compliance with the Project's contract documents material to the construction activities that allegedly caused damages to

DEFENDANTS, accordingly, declare ORION immune from any liability to DEFENDANTS pursuant to Florida Statute 337.195, and award such other and further relief as this Court deems just and proper.

Dated: April 12, 2017                              Respectfully submitted,

/s/ Jolieann Brooks
**ROBERT B. BIRTHISEL,** FBN: 906654
**JULES V. MASSEE,** FBN: 41554
jmassee@hamiltonmillerlaw.com
**STACEY L. PAPP,** FBN: 41817
spapp@hamiltonmillerlaw.com
**JOLIEANN BROOKS**, FBN: 124322
jolieannbrooks@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602
**E-SERVICE**: CBBserve@hamiltonmillerlaw.com
Tel: (813) 223-1900 / Fax: (813) 223-1933
*Counsel for Plaintiff*