## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ORION MARINE CONSTRUCTION,
INC.,

     Plaintiff,

v.                                                    Case No: 8:17-cv-837-T-35AAS

ARTHUR P AHL, et al.,
     Defendants.
_____

## CLERK'S ENTRY OF DEFAULT

     Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant William Price in Tampa, Florida on the 8th day of August, 2017.

                                       ELIZABETH M. WARREN, CLERK

                                               s/D.G., Deputy Clerk

Copies furnished to:

Counsel of Record